UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20 CR 12 (VAB) |
| v. | VIOLATION: |
| UNDREA KIRKLAND, a.k.a. "Spooda" | 18 U.S.C. §§ 922(o)<br>(Unlawful Possession of a Machine Gun) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Machinegun)

1. From in or about February 2019 through April 18, 2019, in the District of Connecticut, the defendant UNDREA KIRKLAND, a.k.a. "Spooda," did knowingly possess a machine gun, that is, a Glock machine gun conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE ALLEGATION
(Firearms Offense)

2. Upon conviction of the firearm offense alleged in Count One of this Indictment, the defendant UNDREA KIRKLAND, a.k.a. "Spooda," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to a Glock conversion machine gun device.

All in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

/s/

FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

KAREN PECK
ASSISTANT UNITED STATES ATTORNEY

RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY