UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT NEW HAVEN
Oct. 13th, 202_
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

Grand Jury N-19-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR12(VAB) |
| v. | VIOLATIONS: |
| UNDREA KIRKLAND, a.k.a. "Spooda" and STEPHFAN SANDERSON, a.k.a. "Birdy" and "Beans" | 18 U.S.C. § 922(o) (Unlawful Possession of a Machine Gun) |
| | 18 U.S.C. § 922(a)(1) (Engaging in the Firearms Business without a License) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(Unlawful Possession of a Machinegun)

1. From in or about September 2018 through on or about April 18, 2019, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant UNDREA KIRKLAND, a.k.a. "Spooda," aided and abetted by STEPHFAN SANDERSON, a.k.a. "Birdy" and "Beans," did knowingly possess a machine gun, that is, a Glock machine gun conversion device.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2) and 2.

COUNT TWO
(Engaging in the Firearms Business without a License)

2. From in or about September 2018 through in or about July 2020, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant

STEPHFAN SANDERSON, a.k.a. "Birdy" and "Beans," not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## FORFEITURE ALLEGATION
(Firearms Offense)

3. Upon conviction of the firearm offense alleged in Count One of this Superseding Indictment, the defendants UNDREA KIRKLAND, a.k.a. "Spooda," and STEPHFAN SANDERSON, a.k.a. "Birdy" and "Beans," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to a Glock conversion machine gun device.

All in accordance with Title 18, United States Code, Section 924(d), Title 28, United States

2

Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

                 A TRUE BILL

                 /s/
                 FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
PETER MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
KAREN PECK
ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY